**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
(804) 916-2700
www.ca4.uscourts.gov

---

## MOTION TO DISMISS
## PURSUANT TO FRAP 42(b)

---

| Case No. 22-1605 | Caption: Olivia Peabody v. Rectors & Visitors of the University of Virginia |
|---|---|

Appellant moves to voluntarily dismiss this proceeding pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Appellant understands that this proceeding will be dismissed and cannot be reinstated at a later date.

Signature: _____      Date: September 15, 2022 _____

### CERTIFICATE OF SERVICE
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I certify that I served a copy of this motion on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

Amy Elizabeth Hensley
Brittany Ashley McGill

Office of the University Counsel
University of Virginia
P.O. Box 400225
Charlottesville, VA 22904

Signature: _____      Date: September 15, 2022 _____

03/04/2015